

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00204-CV

**IN RE** Abel Alvarado **CASILLAS** and Premier Eagle Ford Services, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Irene Rios, Justice

Delivered and Filed: April 26, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On April 5, 2017, Relators filed a petition for writ of mandamus and motion for stay. The court has considered the petition and is of the opinion Relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CVT-000742-D2, styled *Ruben Gonzalez v. Abel Casillas & Premier Eagle Ford Services, Inc.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.